IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

SACRAMENTO DIVISION

| | |
|---|---|
| **DANTE RENEE BUDD,**<br><br>Plaintiff,<br><br>v.<br><br>**J. HARRISON, et al.,**<br><br>Defendants. | Case No. 2:23-cv-2313 KJM CSK P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING EARLY ADR ("ALTERNATIVE DISPUTE RESOLUTION")** |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On August 16, 2024, defendants Guillermo, Harrison, and Martinez filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution"). (ECF No. 29.) The Court, having considered defendants' motion to opt out, grants the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of Post-Screening ADR (ECF No. 29) is granted.
2. The Court's stay of this action (ECF No. 27) is lifted.
3. Within thirty days from the filing of this order, defendants shall file a response to the operative complaint.

1 | Dated: August 27, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4 | /1/budd2313.opt