IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANTE RENEE BUDD,**<br><br>Plaintiff,<br><br>v.<br><br>**J. HARRISON, ET AL.,**<br><br>Defendants. | Case No. 2:23-cv-02313 KJM CSK<br><br>**ORDER GRANTING DEFENDANTS' FIRST MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING** |

Having considered Defendants' First Motion for Administrative Relief to Extend their deadline to file a responsive pleading, and good cause appearing, the Court hereby ORDERS:

1. Defendants' Motion for Administrative Relief (ECF No. 32) is GRANTED;

2. Defendants' deadline to file a responsive pleading is extended to October 25, 2024.

Dated: September 17, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Budd2313.eot

2

1